James ALLEN, Movant, v. COMMONWEALTH of Kentucky, Opposed

January 16, 1951.

Haynes Carter for movant.

A. E. Funk, Attorney General, and Zeb. A. Stewart, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

Virgil BOLLING, Movant, v. COMMONWEALTH of Kentucky, Opposed.

January 23, 1951.

Sanders & Hyden for movant.

A. E. Funk, Attorney General, and Zeb A. Stewart, Assistant Attorney General, opposed.

PER CURIAM.

Motion for an appeal from the Pike Circuit Court. Judgment of conviction for malicious striking and wounding another with intent to kill and imposing sentence of $500 fine and six months in jail.

Appeal denied. Judgment affirmed.

Herbert COLLINS, Movant, v. COMMONWEALTH of Kentucky, Opposed

January 23, 1951.

J. M. Wolfinbarger for movant.

A. E. Funk, Attorney General, and Wm. F. Simpson, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Motion for an appeal from a judgment of the Estill Circuit Court convicting movant of selling whiskey in Local Option Territory and imposing a fine of $100 and confinement in the County Jail for thirty days. The motion is overruled, appeal denied, and the judgment is affirmed.